UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:20-CV-00835-GNS-LLK

BRICE JAMAR RHODES                                                                                    PLAINTIFF

v.

PAUL BUCCIERI, et al.                                                                                DEFENDANTS

## ORDER

The above matter having been referred to the Magistrate Judge who has filed Findings of Fact, Conclusions of Law, and Recommendation (DN 28), no objections having been filed thereto, and the Court having considered the same:

**IT IS HEREBY ORDERED** that the Court **ADOPTS** the Findings of Fact, Conclusions of Law, and Recommendation (DN 28) as set forth in the report submitted by the Magistrate Judge, and Defendants' Motion to Dismiss (18) is **GRANTED**. The Clerk shall strike this matter from the active docket.

This is a final and appealable Order and there is no just cause for delay.

Greg N. Stivers, Chief Judge
United States District Court

July 28, 2022

cc:   counsel of record
      Brice Jamar Rhodes, *pro se*